**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1:23-cv-01513-RMR-NRN
Consolidated Cases: 1:23-cv-01522-RMR-NRN
1:23-cv-01772-RMR-NRN
1:23-cv-01709-RMR-NRN

GS HOLISTIC, LLC,

Plaintiff,

v.

VAPORTOKE INC, et al.

Defendants.

---

**ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE**

---

This matter is set for a **5-day Jury Trial** to commence on **January 26, 2026, at 9:00 a.m.** on the docket of Judge Regina M. Rodriguez, U.S. District Courthouse, Courtroom A901, 9th Floor, 901 19th Street, Denver, Colorado.

A Trial Preparation Conference is set for **November 26, 2025, at 3:00 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference, the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. The parties are directed to confer prior to the Trial Preparation

Conference to reach agreement on as many as possible, if not all, of the proposed jury instructions.

Pursuant to the Court's Standing Order Regarding Trial and Pre-Trial Procedures (Effective December 1, 2022), Section I.C.2., the proposed stipulated and disputed jury instructions shall be filed via CM/ECF not later than seven (7) days prior to the Trial Preparation Conference. Please submit a single integrated proposed set of instructions. They should be numbered and grouped by subject matter. Stipulated instructions should be individually labeled as such, and disputed instructions should indicate which is Plaintiff's and which is Defendant's proposed instruction. Also pursuant to the Court's Standing Order Regarding Trial and Pre-Trial Procedures (Effective December 1, 2022), Section I.C.2., the parties' final witness list, final exhibit lists, deposition designations/objections, proposed verdict forms, and proposed voir dire shall be filed via CM/ECF not later than seven (7) days prior to the Trial Preparation Conference.

For additional information, please review the Court's Standing Order Regarding Trial and Pre-Trial Procedures (Effective December 1, 2022) located at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonReginaMRodriguez.aspx.

DATED: February 6, 2025

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge