**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

GS HOLISTIC, LLC

CASE NO. 1:23-cv-01513-RMR-NRN

Plaintiff,

vs.

VAPORTOKE INC at al.,

Defendants.
_______________________________________/

**NOTICE OF MOTION TO DISMISS FOR LACK OF PROSECUTION**

Defendants, by and through undersigned counsel, and pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Civil Rule 41.1 of the District of Colorado, move this Court for an Order dismissing this action with prejudice due to Plaintiff's continued failure to prosecute this Action and for such other relief that the Court deems just and proper.

In support of this Motion, Defendants have attached: (1) a Memorandum of Law in Support of Defendants' Motion, (2) the Declaration of Sarah Stemer in Support of Defendants' Motion and Exhibits thereto, and (3) a Proposed Order. Defendants also rely upon the docketed filings made in this case.

Accordingly, Defendants respectfully requests that this Court enter the relief requested.

Dated: December 15, 2025

Respectfully submitted,

By: *_/s/ Sarah Stemer_*
Sarah Stemer Esq.
Sarah@StemerLaw.com
Stemer, PA
3700 Tennyson Street, Unit 1
Denver, Colorado 80212
Telephone: (303) 928-1094

By: */s/ Andrew Gerber*
Andrew Gerber Esq.
Andrew@GerberLaw.com
Gerber Law PLLC
27 Union Square West
New York, NY 10003
Telephone: (212) 658-1810

**Attorneys for the Defendants**

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, this document was served by the Court's ECF filing system on all counsel of record.

By: */s/ Sarah Stemer*
Sarah Stemer, Esq.