IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action No.: 23-cv-01513-RMR-NRN
Courtroom Deputy: Kally Myhaver

Date: December 17, 2025
Court Reporter: Jessica Anderson

| *Parties:* | *Counsel:* |
| --- | --- |
| GS HOLISTIC, LLC,<br><br>Plaintiff, | Eddy Leal<br>Ken Falkenstein |
| v. | |
| VAPORTOKE, INC., et al.<br><br>Defendants. | Sarah Stemer<br>Andrew Gerber |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**1:02 p.m. Court in session.**

Court calls case. Appearance of counsel.

This matter is before the Court regarding the parties' pre-trial filings.

Preliminary remarks and background case information by the Court.

Discussion regarding the parties failure to comply with this Court's Order as outlined at the hearing held on December 2, 2025.

**ORDERED:** Sanctions in the amount of $250.00 are imposed on counsel for Plaintiff for failure to comply with this Court's Orders. Such sanctions are due and payable to the registry of the United States District Court for the District of Colorado.

**ORDERED:** Sanctions in the amount of $250.00 are imposed on counsel for Defendants for failure to comply with this Court's Orders. Such sanctions

are due and payable to the registry of the United States District Court for the District of Colorado.

**ORDERED:** The parties' oral motion for an extension of time to file pre-trial documents is GRANTED. All pre-trial documents shall be filed on or before **5:00 p.m. on December 22, 2025.** No further extensions will be granted.

Parties are directed to meaningfully meet and confer in order to complete all pre-trial documents.

**2:00 p.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:58