**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

CASE NO. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC

Plaintiff,

vs.

DADDY DANKZ INC. d/b/a
DADDY DANKZ, and
DANIEL S. TRUJILLO,

Defendants.
______________________________/

## VERDICT FORM

We, the jury, find as follows:

**1. Authenticity of Goods:**

a. Do you find that the Gravity infusers at issue in this case are counterfeit?

☐ YES ☐ NO

*If you answered NO to Questions 1A, then your deliberations are over and you should sign and date below.*

**2. Trademark Infringement:**

A. Do you find that DADDY DANKZ INC. is liable for trademark infringement by counterfeiting?

☐ YES ☐ NO

B. Do you find that DANIEL S. TRUJILLO is liable for trademark infringement by counterfeiting?

☐ YES ☐ NO

*If you answered NO to Questions 1A and 1B, then your deliberations are over and you should sign and date below. If you answered YES to Questions 1A and/or 1B, please go to Question 1C and then to Section 3.*

C. What amount of statutory damages do you award? The amount must be between $1,000 and $200,000 per counterfeit mark.

$____________________

**3. Willfulness:**

A. Do you find that DADDY DANKZ INC.'s trademark infringement was willful?

☐ YES ☐ NO

B. Do you find that DANIEL S. TRUJILLO's trademark infringement was willful?

☐ YES ☐ NO

*If you answered NO to Questions 2A and 2B, then your deliberations are over and you should sign and date below. If you answered YES to Question 2A and/or 2B, please go to Question 2C.*

C. What additional amount of statutory damages, if any, do you award? This amount plus the amount awarded in Question 1C must not exceed $2,000,000 per counterfeit trademark used.

$____________________

SO SAY WE ALL

____________________ ____________________
PRESIDING JUROR

____________________ ____________________

____________________ ____________________

DATE