**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

CASE NO. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC

Plaintiff,

vs.

THINGS THAT BUBBLE LLC d/b/a THINGS THAT BUBBLE and LANCE PAUL,

Defendants.
_____________________________/

# VERDICT FORM

We, the jury, find as follows:

**1. Authenticity of Goods:**

a. Do you find that the Gravity infusers at issue in this case are counterfeit?

☐YES ☐NO

*If you answered NO to Questions 1A, then your deliberations are over and you should sign and date below.*

**2. Trademark Infringement:**

A. Do you find that THINGS THAT BUBBLE LLC is liable for trademark infringement by counterfeiting?

☐YES ☐NO

B. Do you find that LANCE PAUL is liable for trademark infringement by counterfeiting?

☐YES ☐NO

*If you answered NO to Questions 1A and 1B, then your deliberations are over and you should sign and date below. If you answered YES to Questions 1A and/or 1B, please go to Question 1C and then to Section 3.*

C. What amount of statutory damages do you award? The amount must be between $1,000 and $200,000 per counterfeit mark.

$______________________

**3. <u>Willfulness</u>:**

A. Do you find that THINGS THAT BUBBLE LLC's trademark infringement was willful?

☐ YES ☐ NO

B. Do you find that LANCE PAUL's trademark infringement was willful?

☐ YES ☐ NO

*If you answered NO to Questions 2A and 2B, then your deliberations are over and you should sign and date below. If you answered YES to Question 2A and/or 2B, please go to Question 2C.*

C. What additional amount of statutory damages, if any, do you award? This amount plus the amount awarded in Question 1C must not exceed $2,000,000 per counterfeit trademark used.

$______________________

SO SAY WE ALL

______________________ ______________________
PRESIDING JUROR

______________________ ______________________

______________________ ______________________

_____________________________ _____________________________

_____________________________
DATE