IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Civil Action No.: 23-cv-01513-RMR-NRN | Date: January 5, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |

<u>Parties:</u>

GS HOLISTIC, LLC,

   Plaintiff,

v.

VAPORTOKE INC., et al

   Defendant.

<u>Counsel:</u>

Eddy Leal
Ken Falkenstein

Sarah Stemer
Andrew Gerber (by VTC)

## COURTROOM MINUTES

### TRIAL PREPARATION CONFERENCE

**1:00 p.m.**    Court in session.

Court calls case.  Appearances of counsel.

Preliminary remarks and background case information by the Court.

Parties shall provide a red-lined word version of the Final Pretrial Order [ECF No. 100] to Rodriguez_chambers@cod.uscourts.gov.

A five-day Jury Trial is set to commence on January 26, 2026 at 9:00 a.m. before Judge Regina M. Rodriguez in Courtroom A901.  Counsel shall arrive by 8:30 a.m. for the first day of trial.  If there are issues that need to be resolved prior to the commencement of trial, counsel shall notify the Court no later than noon on the Friday before trial, and the Court may start at 8:00 a.m. to resolve those issues.  Beginning on the second day and throughout the rest of the trial, trial will commence at 8:00 a.m. If counsel have a dispute that the Court needs to hear, they shall notify the courtroom deputy clerk and/or chambers by close of business the evening prior.
Discussion and argument regarding the parties' proposed verdict forms and proposed jury instructions.

**ORDERED:** As outlined on the record, Parties shall submit simultaneous briefs regarding disputed jury instructions, not to exceed 10 pages, on or before **January 12, 2026 at 5:00 p.m.**

Discussion regarding the parties' proposed *voir dire*. *Voir Dire* will be limited to 15 minutes per side. Counsel may obtain the Court's standard *voir dire* questions from the Courtroom Deputy Clerk. The Court will empanel 8 jurors.

Discussion regarding witnesses, depositions, exhibits, trial schedule, demonstrative exhibits, and expert witnesses.

Opening statements will be limited to 15 minutes per side.

Closing statements will be limited to 20 minutes per side.

Parties are not requesting sequestration of witnesses.

Discussion regarding status of related cases.

**2:26 p.m.    Court in recess.**

Hearing concluded.
Total in-court time: 1:26