IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Civil Action No.: 23-cv-01513-RMR-NRN | Date: January 26, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |

| *Parties:* | *Counsel:* |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff, | Eddy Leal<br>Ken Falkenstein |
| v. | |
| VAPORTOKE, INC. at al,<br><br>Defendants. | Sarah Stemer<br>Andrew Gerber |

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:21 a.m. Court in session.**

Court calls case. Appearances of counsel. Also present at Plaintiff's counsel table are client representatives Chris Folkerts and Gabriel Alvarez. Also present at Defendants counsel table are client representatives Lance Paul, Monjed Abed, and Daniel Trujillo.

Discussion and argument regarding Plaintiff's oral Motion to Reconsider the Court's Ruling on the Counterfeiting Jury Instruction and request regarding references to the Defendants.

**ORDERED:** Plaintiff's oral Motion to Reconsider the Court's Ruling on the Counterfeiting Jury Instruction is TAKEN UNDER ADVISEMENT.

**9:09 a.m. Court in recess.**
**9:27 a.m. Court in session.**

Jury panel present.

Jury panel sworn for voir dire.

Court's preliminary remarks and introduction of staff, counsel, and parties.

9:56 a.m. Voir dire by Court.

Jurors excused for cause:

1) 100525307

10:03 a.m. to 10:04 a.m. Bench conference.

10:23 a.m. Plaintiff's voir dire by Mr. Falkenstein.

10:38 a.m. Defendants' voir dire by Ms. Stemer.

10:42 a.m. to 10:44 a.m. Bench conference.

10:47 a.m. to 10:49 a.m. Bench Conference

**10:50 a.m. Court in recess.**
**11:30 a.m. Court in session.**

Jury panel present.

Plaintiff's peremptory challenges:

1) 100526778
2) 100542252
3) 100543619

Defendants' peremptory challenges:

1) 100548081
2) 100558956
3) 100554683

Eight jurors selected to try the case:

1) 100534625
2) 100567077
3) 100521188
4) 100552943
5) 100525307
6) 100552316
7) 100566975

8) 100554270

Jury of eight sworn.

Court reads preliminary instructions to jurors.

10:29 a.m. Plaintiff's opening statement by Mr. Falkenstein.

11:45 a.m. Defendants' opening statement by Ms. Stemer.

11:49 a.m. to 11:51 a.m. Bench conference.

Plaintiff's witness, Bryan Malamut, sworn.

11:54 a.m. Direct examination of Mr. Malamut by Mr. Falkenstein.
**Exhibits 11, 17 and 10 are admitted.**

Jury excused.

Discussion regarding stipulation as to chain of custody for physical exhibits and Plaintiff's exhibit binders.

**12:52 p.m. Court in recess.**
**1:35 p.m. Court in session.**

Jury present.

1:37 p.m. Continued direct examination of Mr. Malamut by Mr. Falkenstein.
**Exhibits 9, 8, 5, 4, 7, and 6 are admitted.**

2:16 p.m. to 2:21 p.m. Bench conference.

**Exhibit 12 is refused.**

2:23 p.m. to 2:23 p.m. Bench conference.

2:24 p.m. Cross-examination of Mr. Malamut by Ms. Stemer.

Plaintiff's witness, Christopher Folkerts, sworn.

2:31 p.m. Direct examination of Mr. Folkerts by Mr. Falkenstein.
**Exhibits 2 and 3 are admitted.**

2:44 p.m. to 2:46 p.m. Bench conference.

**3:14 p.m. Court in recess.**
**3:36 p.m. Court in session.**

3:37 p.m. Continued direct examination of Mr. Folkerts by Mr. Falkenstein.
**Exhibit 1 is admitted.**

3:46 p.m. to 3: p.m. Bench conference.

4:09 p.m. to 4:10 p.m. Bench conference.

4:14 p.m. Cross-examination of Mr. Folkerts by Mr. Gerber.
**Exhibits 23, 28, 29, and 30 are admitted.**

4:43 p.m. to 4:43 p.m. Bench conference.

Jury excused until January 27, 2026 at 8:00 a.m.

Plaintiff's witness, Bryan Malamut, recalled. Proffer of evidence by Plaintiff regarding excluded Exhibit 12.

4:49 p.m. Redirect examination of Mr. Malamut by Mr. Falkenstein.

Court states its findings.

Discussion regarding timing and witnesses.

**5:13 p.m. Court in recess.**

Trial continued.
Total time in court: 6:49