IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action No.: 23-cv-01513-RMR-NRN
Courtroom Deputy: Kally Myhaver

Date: January 27, 2026
Court Reporter: Jessica Anderson

| *Parties:* | *Counsel:* |
|---|---|
| GS HOLISTIC, LLC, | Eddy Leal<br>Ken Falkenstein |
| Plaintiff, | |
| v. | |
| VAPORTOKE, INC. at al, | Sarah Stemer<br>Andrew Gerber |
| Defendants. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 2**

**8:24 a.m. Court in session.**

Court calls case. Appearances of counsel. Also present at Plaintiff's counsel table are client representatives Chris Folkerts and Gabriel Alvarez. Also present at Defendants' counsel table are client representatives Lance Paul, Monjed Abed, and Daniel Trujillo.

Jury present.

Plaintiff's witness, Frank McBride, sworn.

8:27 a.m. Direct examination of Mr. McBride by Mr. Leal.

Frank McBride offered and accepted as a survey expert.

8:49 a.m. to 8:57 a.m. Bench conference.

9:14 a.m. to 9:15 a.m. Bench conference.

9:17 a.m. to 9:19 a.m. Bench conference.

9:23 a.m. Cross-examination of Mr. McBride by Mr. Gerber.

9:34 a.m. Redirect examination of Mr. McBride by Mr. Leal.

9:37 a.m. Additional cross-examination of Mr. McBride by Mr. Gerber.

Plaintiff's witness, Monjed Abed, sworn.

9:38 a.m. Direct examination of Mr. Abed by Mr. Falkenstein.

Deposition of Monjed Abed dated June 13, 2024 tendered to the witness.

9:50 a.m. to 9:52 a.m. Bench conference.

9:52 a.m. Cross-examination of Mr. Abed by Ms. Stemer.

10:03 a.m. Redirect examination of Mr. Abed by Mr. Falkenstein.

10:04 a.m. Additional cross-examination of Mr. Abed by Mr. Stemer.

10:05 a.m. Additional redirect examination of Mr. Abed by Mr. Falkenstein.

Jury excused.

**10:06 a.m. Court in recess.**
**10:32 a.m. Court in session.**

Discussion regarding Plaintiff's objection to Defendants' line of questioning.

Jury present.

Plaintiff's witness, Daniel Trujillo, sworn.

10:37 a.m. Direct examination of Mr. Trujillo by Mr. Falkenstein.

Deposition of Daniel Trujillo dated June 6, 2024 tendered to the witness.

11:01 a.m. Cross-examination of Mr. Trujillo by Ms. Stemer.

Plaintiff's witness, Lance Paul, sworn.

11:13 a.m. Direct examination of Mr. Paul by Mr. Falkenstein.

Transcript of Lance Paul dated June 4, 2024 tendered to the witness.

11:28 a.m. to 11:29 a.m. Bench conference.

11:39 a.m. Cross-examination of Mr. Paul by Ms. Stemer.

Plaintiff rests.

Defendants rest.

Jury excused until January 28, 2026 at 9:00 a.m.

Argument on Defendants' oral Motion for Judgment as a Matter of Law. For the reasons outlined on the record, it is

**ORDERED:** Defendants' oral Motion for Judgment as a Matter of Law as to defendant Things That Bubble LLC and Lance Paul individually is GRANTED. This case is DISMISSED WITH PREJUDICE as to defendants Things That Bubble LLC and Lance Paul.

**ORDERED:** Defendants' oral Motion for Judgment as a Matter of Law is DENIED as to the remaining Defendants.

Discussion regarding jury instructions.

**12:01 p.m. Court in recess.**
**4:14 p.m. Court in session.**

Charging conference held.

**5:43 p.m. Court in recess.**

Trial continued.
Total time in court: 4:40