IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Civil Action No.: 23-cv-01513-RMR-NRN | Date: January 28, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |

<u>Parties:</u>  <u>Counsel:</u>

GS HOLISTIC, LLC,  Eddy Leal
  Ken Falkenstein

  Plaintiff,

v.

VAPORTOKE, INC. at al,  Sarah Stemer
  Andrew Gerber


  Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 3**

**9:19 a.m.  Court in session.**

Court calls case. Appearances of counsel. Also present at Plaintiff's counsel table are client representatives Chris Folkerts and Gabriel Alvarez. Also present at Defendants' counsel table are client representatives Lance Paul, Monjed Abed, and Daniel Trujillo.

**ORDERED:** Jury lunches will be provided throughout deliberations beginning January 28, 2026.

Discussion regarding dismissal of Defendants Things That Bubble and Lance Paul.

Jury Present.

Court reads Jury Instructions.

10:05 a.m. 10:08 a.m.   Bench conference.

10:08 a.m.   Plaintiff's closing argument by Mr. Falkenstein.

10:23 a.m.     Defendants' closing argument by Ms. Stemer.

10:32 a.m.     Plaintiff's rebuttal closing argument by Mr. Falkenstein.

Court instructs jury.

Bailiff sworn.

Jurors excused to begin deliberations.

Discussion regarding Plaintiff's closing argument.

**10:43 a.m.     Court in recess.**
**12:06 p.m.     Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The Court will provide a response to the jury consistent with the discussions held.

**12:15 p.m.     Court in recess.**
**12:39 p.m.     Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The Court will provide a response to the jury consistent with the discussions held.

**12:41 p.m.     Court in recess.**
**1:43 p.m.     Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The Court will provide a response to the jury consistent with the discussions held.

**1:45 p.m.     Court in recess.**
**2:17 p.m.     Court in session.**

The Court has received notice that the jury has reached a verdict.

Jury present.

Court reads verdict.

Court thanks jury for their service. Jury is dismissed.

**ORDERED:**  Parties shall submit a proposed judgment within 15 days.

Clerk's note:  Exhibits and depositions returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

**2:25 p.m.     Court in recess.**

Trial continued.
Total time in court:   1:45