**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC,

Plaintiff,

v.

VAPORTOKE INC d/b/a
COLORADO VAPE & TOKE,
MONJED ABED,
DADDY DANKS, INC, and
DANIEL S. TRUJILLO,

Defendants.

---

**VERDICT FORM**

---

We, the jury, find as follows:

1. **Authenticity of Goods:**

a. Do you find that the Gravity infusers at issue in this case are counterfeit?

☑ YES ☐ NO

*If you answered NO to Questions 1A, then your deliberations are over and you should sign and date below.*

2. **Trademark Infringement:**

A. Do you find that DADDY DANKZ INC. is liable for trademark infringement by counterfeiting?

☑ YES ☐ NO

B. Do you find that DANIEL S. TRUJILLO is liable for trademark infringement by counterfeiting?

ORIGINAL

☑ YES ☐NO

*If you answered NO to Questions 2A and 2B, then your deliberations are over and you should sign and date below. If you answered YES to Questions 2A and/or 2B, please go to Question 2C and then to Section 3.*

C. What amount of statutory damages do you award? The amount must be between $1,000 and $200,000 per counterfeit mark.

$ 30,000

3. **Willfulness**:

A. Do you find that DADDY DANKZ INC.'s trademark infringement was willful?

☑ YES ☐NO

B. Do you find that DANIEL S. TRUJILLO's trademark infringement was willful?

☑ YES ☐NO

*If you answered NO to Questions 3A and 3B, then your deliberations are over and you should sign and date below. If you answered YES to Question 3A and/or 3B, please go to Question 3C.*

C. What additional amount of statutory damages, if any, do you award? This amount plus the amount awarded in Question 2C must not exceed $2,000,000 per counterfeit trademark used.

$ 70,000

SO SAY WE ALL

[redacted]

Jan. 28, 2026

DATE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC,

Plaintiff,

v.

VAPORTOKE INC d/b/a
COLORADO VAPE & TOKE,
MONJED ABED,
DADDY DANKS, INC, and
DANIEL S. TRUJILLO,

Defendants.

---

**VERDICT FORM**

---

We, the jury, find as follows:

**1. <u>Authenticity of Goods:</u>**

a. Do you find that the Gravity infusers at issue in this case are counterfeit?

☑ YES ☐ NO

*If you answered NO to Questions 1A, then your deliberations are over and you should sign and date below.*

**2. <u>Trademark Infringement</u>:**

A. Do you find that VAPORTOKE, INC. is liable for trademark infringement by counterfeiting?

☑ YES ☐ NO

B. Do you find that MONJED ABED, is liable for trademark infringement by counterfeiting?



ORIGINAL

☑ YES ☐NO

*If you answered NO to Questions 2A and 2B, then your deliberations are over and you should sign and date below. If you answered YES to Questions 2A and/or 2B, please go to Question 2C and then to Section 3.*

C. What amount of statutory damages do you award? The amount must be between $1,000 and $200,000 per counterfeit mark.

$ 30,000 -

3. **Willfulness**:

A. Do you find that VAPORTOKE, INC.'s trademark infringement was willful?

☑ YES ☐NO

B. Do you find that MONJED ABED's trademark infringement was willful?

☑ YES ☐NO

*If you answered NO to Questions 3A and 3B, then your deliberations are over and you should sign and date below. If you answered YES to Question 3A and/or 3B, please go to Question 3C.*

C. What additional amount of statutory damages, if any, do you award? This amount plus the amount awarded in Question 2C must not exceed $2,000,000 per counterfeit trademark used.

$ 70,000 -

SO SAY WE ALL

[redacted]

Jan. 28, 2026

DATE