**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

GS HOLISTIC, LLC

CASE NO. 1:23-cv-01513-RMR-NRN

Plaintiff,

vs.

VAPORTOKE INC at al.,

Defendants.
_________________________________/

**DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Defendants Vaportoke, Inc., Monjed Abed, Daniel Trujillo, Daddy Dankz, Inc., Things That Bubble LLC and Lance Paul ("Defendants") respectfully move the Court for an award of reasonable attorneys' fees against Plaintiff GS Holistic, LLC ("Plaintiff") pursuant to this Court's *ore tenus* order on December 2, 2025. *See ECF No. 76*. In support of this Motion, Defendants state as follows:

**INTRODUCTION**

On December 2, 2025, the Court held a hearing on Plaintiff's Lack of Prosecution, where the Court granted Defendants' *ore tenus* motion for reasonable attorneys' fees incurred in connection with preparing for, and attending, that hearing. Defendants now submit this Motion, together with supporting documentation, seeking entry of a fee award consistent with the Court's ruling and applicable rules.

**BACKGROUND**

Through the pendency of this action, Plaintiff has failed to manage their own case, relying heavily on Defendants to track deadlines, manage joint filings and accommodate

Plaintiff's last-minute conferrals. Repeated orders reflect judicial frustration and actions with regard to same. *See ECF No. 11 and ECF No. 39.*

Further to the above, on November 19, 2025, the Court issued an Order to Show Cause, which addressed Plaintiff's failure to coordinate with Defendants and timely submit a Proposed Pretrial Order. *See ECF No. 72*. After both Defendants and Plaintiff filed responses, the Court converted the Trial Preparation Conference set for December 2, 2025, into a hearing on Plaintiff's lack of prosecution (the "December 2 Hearing"). *See ECF Nos. 73, 74 and 75*.

At the December 2 Hearing, the Court heard from both parties and ultimately did not dismiss Plaintiff's action due to its failure to prosecute. However, the Court did grant Defendants' *ore tenus* motion for fees for all work completed in conjunction with the hearing and directed Defendants to file a formal Motion for Attorney's Fees on or before February 1, 2026.

Further to this directive, Defendants have prepared this motion. In support of this Motion, Defendants have attached (1) the Declaration of Andrew Gerber, Esq. in Support of Defendants' Motion for Attorney's Fees; (2) the Declaration of Sarah Stemer, Esq. in Support of Defendants' Motion for Attorney's Fees (3) a detailed, time sheet setting forth for each timekeeper, the date, description of work, hours billed, billing rate related to the relevant work, Attached hereto and Labeled Exhibit A. Defendants also rely upon the docketed filings made in this case.

**1. The Requested Hours Are Reasonable.**

The attached time sheet itemizes the tasks performed by timekeeper, date, description, hours, and rate. The tasks were reasonably necessary to prepare for and attend the hearing. The time entries include, but are not limited to, reviewing the docket and orders, preparing and filing documents in support, preparing for the hearing, conferences between counsel for Defendants,

drafting and revising argument notes, attending the hearing, as well as post-hearing memorialization of the Court's oral award for purposes of this fee submission. Additionally, Defendants have exercised billing judgment by excluding or reducing time that was duplicative, administrative, or insufficiently related to the hearing.

**2. The Requested Rates Are Reasonable.**

The hourly rates requested by Defendants reflect prevailing market rates for attorneys with comparable skill and experience in this District. Declarations submitted with this Motion and counsel's experience summaries support the reasonableness of the rates. The hours reasonably expended, multiplied by reasonable rates, yields a lodestar amount of $12,470.00. No enhancement is sought. Any minimal adjustments made reflect billing judgment reductions already taken by Defendants.

**CONCLUSION AND RELIEF REQUESTED**

Based on the attached time records and declarations, Defendants requests an award of attorneys' fees in the amount of $12,470.00 representing 18.8 hours at a rate of $400 for Attorney Sarah Stemer and 9.9 hours at a rate of $500 for Attorney Andrew Gerber. Defendants respectfully requests that the Court grant this Motion and enter an order awarding attorneys' fees in the amount of $12,470.00 or such other amount the Court deems reasonable, together with any further relief consistent with the Court's prior ruling.

Dated: January 30, 2026

Respectfully submitted,

By: */s/ Sarah Stemer*

Sarah Stemer Esq.
Sarah@StemerLaw.com
Stemer, PA
3700 Tennyson Street, Unit 1

Denver, Colorado 80212
Telephone: (303) 928-1094

By: *<u>/s/ Andrew Gerber</u>*
Andrew Gerber Esq.
Andrew@GerberLaw.com
Gerber Law PLLC
27 Union Square West
New York, NY 10003
Telephone: (212) 658-1810

**Attorneys for the Defendants**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on January 30, 2026, this document was served by the Court's ECF filing system on all counsel of record.

By: *<u>/s/ Sarah Stemer</u>*
Sarah Stemer, Esq.