UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

GS HOLISTIC, LLC

CASE NO. 1:23-cv-01513-RMR-NRN

vs.

VAPORTOKE INC at al.,

Defendants.

**DECLARATION OF ANDREW GERBER, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES**

I, Andrew Gerber, Esq., an attorney duly admitted to practice law before the United States District Court for the District of Colorado, hereby affirm the following to be true under penalty of perjury:

1. I am a member of the law firm Gerber Law PLLC, counsel for Defendants Vaportoke, Inc., Monjed Abed, Daddy Dankz, Inc., Daniel Trujillo, Things That Bubble LLC and Lance Paul ("Defendants") in the above-titled action (the "Action") against Plaintiff GS Holistic LLC ("Plaintiff") and am therefore familiar with the facts set forth therein.
2. I respectfully submit this declaration in support of Defendants' Motion for Attorney's Fees related to work done in connection with a hearing on Plaintiff's Lack of Prosecution which was held on December 2, 2025, which the Court granted *ore tenus*. *See ECF No. 76.*
3. The Court did not determine the amount of fees owed by Plaintiff but instead directed Defendants to file a formal Motion to Fees on or before February 1, 2026. *See Id.*
4. Defendants seek to recover from Plaintiff attorneys' fees and costs in the amount of $12,470.00.

5. Defendants' reasonable attorneys' fees related to December 2, 2025 hearing on Plaintiff's Lack of Prosecution are $12,470.00. Records evidencing these fees are attached hereto as Exhibit A.

6. These records show that my hourly rate is $500. I am admitted to practice in the State of New York, the State of New Jersey, the United States District Courts for the Northern, Eastern and Southern Districts of New York, The District of New Jersey, The District of Colorado, as well as the Second Circuit Court of Appeals. I have been practicing intellectual property law and litigation for the past 22 years. My hourly rate is reasonable for an attorney of my experience.

## VERIFICATION

I, Andrew Gerber, verify under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of January 2026 in New York, New York.



Andrew Gerber Esq.