**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

GS HOLISTIC, LLC

CASE NO. 1:23-cv-01513-RMR-NRN

vs.

VAPORTOKE INC at al.,

Defendants.

**DECLARATION OF SARAH STEMER, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES**

I, Sarah Stemer, Esq., an attorney duly admitted to practice law before the United States District Court for the District of Colorado, hereby affirm the following to be true under penalty of perjury:

1. I am a member of the law firm Stemer, PA, counsel for Defendants Vaportoke, Inc., Monjed Abed, Daddy Dankz, Inc., Daniel Trujillo, Things That Bubble LLC and Lance Paul ("Defendants") in the above-titled action (the "Action") against Plaintiff GS Holistic LLC ("Plaintiff") and am therefore familiar with the facts set forth therein.
2. I respectfully submit this declaration in support of Defendants' Motion for Attorney's Fees related to work done in connection with a hearing on Plaintiff's Lack of Prosecution which was held on December 2, 2025, which the Court granted *ore tenus*. *See ECF No. 76.*
3. The Court did not determine the amount of fees owed by Plaintiff but instead directed Defendants to file a formal Motion to Fees on or before February 1, 2026. *See Id.*
4. Defendants seek to recover from Plaintiff attorneys' fees and costs in the amount of $12,470.00.

5. Defendants' reasonable attorneys' fees related to December 2, 2025 hearing on Plaintiff's Lack of Prosecution are $12,470.00. Records evidencing these fees are attached hereto as Exhibit A.

6. These records show that my hourly rate is $400. I am admitted to practice in the State of Colorado, the State of Florida as well as the United States District Court for the District of Colorado, Southern District of Florida and Middle District of Florida. I have been practicing intellectual property law and civil litigation for 15 years. My hourly rate is reasonable for an attorney of my experience.

**VERIFICATION**

I, Sarah Stemer, verify under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of January 2026 in Arvada, Colorado.



______________________

Sarah Stemer, Esq.