# Exhibit A

| Date | Matter | User | Description | Qty | Price | Total |
|---|---|---|---|---|---|---|
| 11/12/25 | 23-cv-1513 | Sarah Stemer | Receive and review Order to Show Cause. Conference with AG to discuss next steps | 0.4 | 400 | 160 |
| 11/14/25 | 23-cv-1513 | Sarah Stemer | Receive and review email from Plaintiff with proposed joint response to OTSC why trial order was not filed. | 0.3 | 400 | 120 |
| 11/14/25 | 23-cv-1513 | Sarah Stemer | Conference call with AG regarding Plaintiff's last minute coordination discuss options for separate response. | 0.2 | 400 | 80 |
| 11/14/25 | 23-cv-1513 | Sarah Stemer | Initial email with AG regarding Plaintiff's last minute coordination discuss response, receive and review response. | 0.1 | 400 | 40 |
| 11/14/25 | 23-cv-1513 | Sarah Stemer | Draft and send response to Plaintiff's email with proposed joint response to OTSC outlining Defendant's position. | 0.2 | 400 | 80 |
| 11/14/25 | 23-cv-1513 | Sarah Stemer | Receive and review email from opposing counsel asking for us to confirm our position and plan respond. | 0.1 | 400 | 40 |
| 11/14/25 | 23-cv-1513 | Sarah Stemer | Prepare draft of Defendant's response to Order to Show Cause send to AG for review and notes. | 1.8 | 400 | 720 |
| 11/19/25 | 23-cv-1513 | Sarah Stemer | Receive and review order converting Trial Preparation Conference into hearing on Plaintiff's LOP, docket change | 0.5 | 400 | 200 |
| 11/20/25 | 23-cv-1513 | Sarah Stemer | Prepare and send email to Plaintiff in light of LOP hearing with settlement offer. | 0.3 | 400 | 120 |
| 11/20/25 | 23-cv-1513 | Sarah Stemer | Receive and review response from opposing counsel to Defendant's email offering settlement. | 0.2 | 400 | 80 |
| 11/20/25 | 23-cv-1513 | Sarah Stemer | Receive and review second response from opposing counsel to Defendant's email offering settlement. | 0.1 | 400 | 40 |
| 11/20/25 | 23-cv-1513 | Sarah Stemer | Conference with AG to discuss content and next steps related to opposing counsel's two sequential lengthy emails | 0.2 | 400 | 80 |
| 11/28/25 | 23-cv-1513 | Sarah Stemer | Activity related to preparing for hearing on Plaintiff's Lack of Prosecution: review docket, emails, research | 7.2 | 400 | 2880 |
| 12/2/25 | 23-cv-1513 | Sarah Stemer | Attendance and commute to at hearing on Plaintiff's Lack of Prosecution. | 3.5 | 400 | 1400 |
| 12/2/25 | 23-cv-1513 | Sarah Stemer | Telephone conference with AG re hearing on Plaintiff's Lack of Prosecution result and next steps. | 0.4 | 400 | 160 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/26 | 23-cv-1513 | Sarah Stemer | Prepare Motion for Fees, including Declarations in Support by Sarah Stemer Esq. and Andrew Gerber Esq. | 3.3 | 400 | 1320 |
| 11/4/25 | 23-cv-1513 | Andrew Gerber | Case background review, legal research; file NOA and motion. | 2 | 500 | 1000 |
| 11/12/25 | 23-cv-1513 | Andrew Gerber | Communications with SS re: OSC, strategy; review OSC, research re: same. | 0.5 | 500 | 250 |
| 11/14/25 | 23-cv-1513 | Andrew Gerber | Review, revise response to OSC; communications with SS re: same, strategy; legal research re: failure to prosecute. | 1.8 | 500 | 900 |
| 12/2/25 | 23-cv-1513 | Andrew Gerber | Attend hearing on OSC; prep for same; communications with SS re: same, debrief. | 3.3 | 500 | 1650 |
| 12/1/25 | 23-cv-1513 | Andrew Gerber | Prep for OSC hearing; legal research re: same. | 1.5 | 500 | 750 |
| 11/20/25 | 23-cv-1513 | Andrew Gerber | Communications with SS re: strategy, response to Plaintiff emails. | 0.3 | 500 | 150 |
| 11/20/25 | 23-cv-1513 | Andrew Gerber | Review, revise and execute Declaration in Support of Motion for Fees | 0.5 | 500 | 250 |
| | | | Total | | | |