**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC,

Plaintiff,

v.

VAPORTOKE INC., et. al,

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT JUDGMENT ORDER**

---

Plaintiff GS Holistic, LLC, by its undersigned counsel, moves to extend the deadline to submit a proposed judgment order, and in support thereof states as follows:

**Certificate of Conferral**

The undersigned Plaintiff's attorney hereby certifies that prior to filing this Motion he conferred with defense counsel and that Defendants do not oppose this motion.

1. At the conclusion of the trial of this matter on January 28, 2026, the Court ordered the parties to submit a proposed judgment order within 15 days, or February 12, 2026. ([ECF 123] at 3).

2. The parties have been conferring on several issues that are in dispute regarding the contents of the proposed judgment order and are trying to see if they can resolve those issues amicably and avoid the necessity of litigating them before the Court. These issues include whether Plaintiff is entitled to prejudgment interest and attorneys' fees.

3. The parties therefore respectfully request that the deadline to submit the proposed judgment order be extended to February 23, 2026, in order to allow more time for the parties to work through the disputed issues.

Respectfully submitted on February 11, 2026.

By: s/ Ken Falkenstein
Ken Falkenstein, Atty. Reg. No. 52307
Irwin Fraley, PLLC
8377 S. Revere Parkway, Suite 400
Centennial, CO 80111
Telephone: 303-999-9000
FAX: 303-999-9001
Email: kfalkenstein@coloradolawyers.com

Eddy Leal, Esq., Florida Bar No. 96030
EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

s/ Ken Falkenstein
Ken Falkenstein