**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC,

Plaintiff,

v.

VAPORTOKE INC d/b/a VAPE & TOKE and
MONJED ABED,

DADDY DANKZ INC d/b/a DADDY DANKZ and
DANIEL S. TRUJILLO, and

THINGS THAT BUBBLE LLC d/b/a THINGS THAT BUBBLE and
LANCE PAUL.

Defendants.

---

**PROPOSED FINAL JUDGMENT ORDER**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

This matter was tried before a jury of eight (8), duly sworn to try the issues herein with United States District Court Judge Regina M. Rodriguez presiding, and the jury has rendered a verdict. Pursuant to the verdict of the Jury [ECF 127] and redacted at [ECF 128], it is

ORDERED that final judgment is entered IN FAVOR of the PLAINTIFF, GS Holistic, LLC, and AGAINST DEFENDANTS Vaportoke Inc. and Monjed Abed for damages under 15 U.S.C. § 1117(c)(1) in the amount of THIRTY THOUSAND dollars ($30,000.00) and damages under 15 U.S.C.

§ 1117(c)(2) in the amount of SEVENTY THOUSAND dollars ($70,000.00) for a total judgment of damages of ONE HUNDRED THOUSAND dollars ($100,000.00); and it is

FURTHER ORDERED that final judgment is entered IN FAVOR of the PLAINTIFF, GS Holistic, LLC, and AGAINST DEFENDANTS Daddy Dankz, Inc. and Daniel Trujillo for damages under 15 U.S.C. § 1117(c)(1) in the amount of THIRTY THOUSAND dollars ($30,000.00) and damages under 15 U.S.C. § 1117(c)(2) in the amount of SEVENTY THOUSAND dollars ($70,000.00) for a total judgment of damages of ONE HUNDRED THOUSAND dollars ($100,000.00).

Post-judgment interest at the statutory rate is also awarded. It is further

ORDERED that the claims against Defendants Things That Bubble LLC and Lance Paul are dismissed with prejudice and that judgment shall enter in favor of Defendants Things That Bubble LLC and Lance Paul.

Dated at Denver, Colorado, ________________________, 2026.

REGINA M. RODRIGUEZ

________________________________
U.S. District Court Judge