**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC,

Plaintiff,

v.

VAPORTOKE INC d/b/a
COLORADO VAPE & TOKE, et al.,

Defendants.

---

**ORDER ON MOTION FOR ATTORNEY'S FEES**

---

This matter comes before the Court on Defendants Vaportoke, Inc., Monjed Abed, Daniel Trujillo, Daddy Dankz, Inc., Things That Bubble LLC and Lance Paul ("Defendants") Motion for Attorneys' Fees. ECF No. 130. Defendants "respectfully move the Court for an award of reasonable attorneys' fees against Plaintiff GS Holistic, LLC ("Plaintiff) pursuant to this Court's *ore tenus* order on December 2, 2025." ECF No. 130 at 1. Plaintiff did not file a response to the Motion. For the reasons stated herein, the Motion for Attorneys' Fees is GRANTED.

## I. BACKGROUND

This case was initially filed on June 15, 2023. ECF No. 1. Since then, the Court has repeatedly intervened to progress and resolve the case. In August 22, 2023, Magistrate Judge Neureiter issued an Order to Show Cause as to why Plaintiff filed over

fifty "copy-cat lawsuits." ECF No. 11. Following a hearing on the Order to Show Cause, Magistrate Judge Neureiter ordered Plaintiff to consolidate the cases. ECF No. 22 at 3.

On December 15, 2023, Plaintiff filed two Proposed Scheduling Orders. ECF Nos. 33 and 34. Later, on January 5, 2024, Plaintiff filed a motion admitting mistakes in the Scheduling Orders and requesting more time to resolve the errors. ECF No. 36. Additionally, after Plaintiff requested more time to respond to Defendants' Motion to Dismiss, Magistrate Judge Neureiter held a hearing regarding Plaintiff's ability to litigate the case. ECF No. 48. Although the case continued forward, the parties missed the deadline to notify this Court's chambers to schedule an intent to file motion for summary judgment conference. ECF No. 59. Then, on November 12, 2025, the parties failed to submit the Proposed Pretrial Order by the Court ordered deadline. ECF No. 72. In response, on December 2, 2025, the Court held a hearing regarding Plaintiff's failure to prosecute in this case. ECF No. 76. At the hearing, the Court awarded Defendants attorneys' fees for the time spent preparing for and attending the December 2, 2025 hearing. *Id.*

## II. ANALYSIS

Defendants have filed declarations in support of their motion for attorney's fees, as well as an itemized time sheet of the tasks performed to prepare for and attend the December 2, 2025 hearing. ECF Nos. 130-1, 130-2, 130-3. Ultimately, "Defendants requests an award of attorneys' fees in the amount of $12,470.00 representing 18.8 hours at a rate of $400 for Attorney Sarah Stemer and 9.9 hours at a rate of $500 for Attorney

Andrew Gerber." ECF No. 130 at 3. Thus, Defendants request a total award of attorneys' fees in the amount of $12,470. *Id.* The Court finds Defendant's request reasonable and the award of attorneys' fees totaling $12,470 is GRANTED.

## III. CONCLUSION

For the foregoing reasons, Defendants' Motion for Attorneys' Fees, ECF No. 130, and Defendants' request for attorneys' fees totaling 412,470 is **GRANTED**. The parties are ORDERED to file a Status Report certifying compliance by **close of business October 12, 2026**

DATED: September 28, 2026

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge